# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Elizabeth Pempek
                            Plaintiff,
v.                                           Case No.: 1:22−cv−04760
                                             Honorable Franklin U. Valderrama
Hercules Forwarding, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 23, 2023:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed this case. It appears that the parties have failed to propose a discovery schedule. By 03/16/2023, the parties are directed to file a status report addressing this issue and proposing the next steps for this case. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.