## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elizabeth Pempek

                     Plaintiff,

v.                                                Case No.: 1:22−cv−04760
                                                Honorable Franklin U. Valderrama

Hercules Forwarding, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 14, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings: The Court has reviewed the parties' settlement letters. This matter is set for an off−the−record telephonic status conference on 6/16/23 at 11:00 a.m. to discuss whether it will be productive to proceed with the scheduled settlement conference on 6/20/23 given the parties' widely divergent views on the settlement value of plaintiff's individual claims. The parties are further ordered to meet and confer prior to the status conference regarding the realistic prospects of settling this case at the upcoming settlement conference. The parties should also discuss whether the settlement discussions at the conference will be limited to plaintiff's individual claims or whether the discussions will include the proposed class claims mentioned in plaintiff's settlement letter. Finally, plaintiff should inform defendants of the overall amount of attorney's fees and costs that she is seeking to recover as required by this Court's Standing Order for Settlement Conferences. The Court's staff will provide counsel for the parties with the dial−in information. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.