## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elizabeth Pempek

                    Plaintiff,

v.                                          Case No.: 1:22–cv–04760

                                            Honorable Franklin U. Valderrama

Hercules Forwarding, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 21, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings: Remote video settlement conference held on 6/20/23. The parties have agreed to consider a settlement recommendation from this Court, which the Court will provide to the parties' counsel during the morning of 6/21/23. On or before the close of business on 6/23/23, each counsel for the parties shall send an email to the Court's settlement correspondence mailbox, (Settlement_Correspondence_Cummings@ilnd.usco urts.gov), indicating whether their clients have accepted the Court's settlement recommendation. Counsel shall not send a copy of their email to opposing counsel. If all parties accept the recommendation, then the parties will have a settlement agreement. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.