### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elizabeth Pempek

                                 Plaintiff,

v.                                                    Case No.: 1:22−cv−04760
                                                            Honorable Franklin U. Valderrama

Hercules Forwarding, Inc., et al.

                                 Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 26, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings: By close of business on 6/28/23, the parties shall submit a joint status report on the status of their settlement negotiations to the Court's settlement correspondence e−mail address (Settlement_Correspondence_Cummings@ilnd.usco urts.gov). Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.