# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elizabeth Pempek

                                Plaintiff,

v.                                                       Case No.: 1:22−cv−04760
                                                      Honorable Franklin U. Valderrama

Hercules Forwarding, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 29, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings: The Court has reviewed the parties' joint status report submitted to the Court's settlement correspondence inbox, which indicates that the parties have reached an agreement to resolve this matter and plan to file their joint motion of approval of the settlement before the District Court Judge within 21 days. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned Judge. Magistrate Judge Cummings no longer assigned to the case. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.