# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH PEMPEK, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, KNOWN AND UNKNOWN, <br><br> Plaintiff, <br><br> v. <br><br> HERCULES FORWARDING, INC, and MELANIE BURNHAM, individually, <br><br> Defendants. | Case No.: 1:22-cv-04760 <br><br> Hon. Franklin U. Valderrama |

## PLAINTIFF'S NOTICE OF FILING OPT-INS

Plaintiff, ELIZABETH PEMPEK. ("Plaintiff"), hereby files with the Court the two opt-ins it has received from individuals similarly situated as Plaintiff.

Date: June 30, 2023

Respectfully submitted,

ELIZABETH PEMPEK, individually and as the representative of a class of similarly-situated persons

  /s/Ross M. Good
Alexander Nicholas Loftus, Esq.
Gail Eisenberg, Esq.
Ross M. Good, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark St., Suite 1600
Chicago, Illinois 60601
T: 312.899.6625
alex@loftusandeisenberg.com
gail@loftusandeisenberg.com
ross@loftusandeisenberg.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                            /s/ Ross M. Good