UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH PEMPEK, on behalf of herself and all other persons similarly situated, known and unknown, | ) ) ) ) | |
| | ) | Case No. 22-cv-4760 |
| Plaintiff, | ) ) | |
| | ) | Honorable Franklin U. Valderrama |
| v. | ) ) | |
| HERCULES FORWARDING, INC., and MELANIE BURNHAM, individually | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF OPT-IN CONSENT

I, Michele Kolek, hereby submit this written consent to become an opt-in collective-action member under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et. seq.*, ("FLSA") in the above-captioned action. I represent to this Honorable Court that I was employed as a clerical employee at Defendant Hercules Forwarding, Inc. led by Defendant Melanie Burnham within the three (3) years preceding the filing of the above-captioned lawsuit. I believe that I am entitled to additional wages for hours I worked for which I was not paid at all, unpaid or underpaid hours that I worked in excess of forty (40) hours per week. I believe that my biometric information was collected without my consent. I authorize, through this Consent and the filing and prosecution of this Fair Labor Standards Act and Biometric Information Privacy Act action in my name and on behalf of all persons similarly situated to myself.

Full Name: Michele Kolek

Signature: *Michele Kolek*
Mom (Jun 24, 2023 15:03 EDT)