UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH PEMPEK, on behalf of herself and all other persons similarly situated, known and unknown, | )<br>)<br>)<br>) Case No. 22-cv-4760 |
| Plaintiff, | )<br>) |
| v. | ) Honorable Franklin U. Valderrama<br>)<br>) |
| HERCULES FORWARDING, INC., and MELANIE BURNHAM, individually | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**NOTICE OF OPT-IN CONSENT**

    I, Annette Vanderploeg, hereby submit this written consent to become an opt-in collective-action member under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et. seq.*, ("FLSA") in the above-captioned action. I represent to this Honorable Court that I was employed as a clerical employee at Defendant Hercules Forwarding, Inc. led by Defendant Melanie Burnham within the three (3) years preceding the filing of the above-captioned lawsuit. I believe that I am entitled to additional wages for hours I worked for which I was not paid at all, unpaid or underpaid hours that I worked in excess of forty (40) hours per week. I authorize, through this Consent and the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Full Name: Annette Vanderploeg

Signature: *Annette Vanderploeg (May 4, 2023 12:48 EDT)*