IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH PEMPEK, on behalf of herself and all other persons similarly situated, known and unknown )<br><br>Plaintiff, )<br><br>v. )<br><br>HERCULES FORWARDING, INC., and MELANIE BURNHAM, individually, )<br><br>Defendants. ) | Case No.: 1:22-cv-04760<br><br>Honorable Franklin U. Valderrama<br>Magistrate Judge Jeffrey I. Cummings |

## JOINT STATUS REPORT

Plaintiff Elizabeth Pempek and Defendants Hercules Forwarding, Inc. ("Hercules Forwarding") and Melanie Burnham (collectively, the "Parties"), submit the following Joint Status Report and state as follows:

1. On June 30, 2023, the Court entered an order granting the Parties until July 21, 2023, to file a Joint Motion for Approval of the Settlement or, alternatively, a Status Report "explaining the delay in settlement." (Dkt. No. 33).

2. Later that day, on June 30, 2023, two additional opt-in Plaintiffs filed consents and joined the lawsuit. (Dkt. No. 34-1, Dkt. No. 34-2).

3. After further discussions, the Parties have now tentatively reached an agreement for how to include the additional two opt-in Plaintiffs in the settlement that was previously reached during the June 20, 2023 settlement conference.

4. The Parties therefore request an additional 14 days, until August 4, 2023, to file a Joint Motion for Approval of the Settlement.

Dated: July 21, 2023

**ELIZABETH PEMPEK**

/s/ *Ross M. Good* (with consent)
One of Plaintiff's Attorneys

Gail S. Eisenberg
Ross M. Good
Loftus & Eisenberg, Ltd.
161 North Clark Street, Suite 1600
Chicago, Illinois 60601
Telephone: (312) 878-8465
Gail@loftusandeisenberg.com
Ross@loftusandeisenberg.com

Respectfully Submitted,

**HERCULES FORWARDING, INC.
AND MELANIE BURNHAM**

/s/ *Julia Pearce Argentieri*
One of Defendants' Attorneys

Julia Pearce Argentieri
Jeffrey L. Rudd
Derek S. Franklin
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
(312) 787-4949
Julia.Argentieri@jacksonlewis.com
Jeffrey.Rudd@jacksonlewis.com
Derek.Franklin@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on July 21, 2023, she caused a true and correct copy of the foregoing ***Joint Status Report*** to be submitted to the Court and electronically served upon all attorneys of record via email.

/s/ *Julia Pearce Argentieri*