# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elizabeth Pempek

                    Plaintiff,

v.                                                      Case No.: 1:22−cv−04760
                                                     Honorable Franklin U. Valderrama

Hercules Forwarding, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 24, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' joint status report [35], which advises the Court that two additional opt−in plaintiffs filed consents and have joined the lawsuit. The parties request an additional 14 days, until 8/4/2023 to file a joint motion for approval of the settlement. Accordingly, by 8/4/2023, the Court directs the parties to file a joint motion for approval of the settlement or a status report explaining the delay. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.