**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ELIZABETH PEMPEK, on behalf of herself and all other persons similarly situated, known and unknown ) ) ) ) | |
| Plaintiff, ) | Case No.: 1:22-cv-04760 |
| ) | |
| v. ) ) | Honorable Franklin U. Valderrama |
| | Magistrate Judge Jeffrey I. Cummings |
| HERCULES FORWARDING, INC., and MELANIE BURNHAM, individually, ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO WITHDRAW
THE APPEARANCE OF DEREK S. FRANKLIN**

Defendants Hercules Forwarding, Inc. and Melanie Burnham (collectively, "Defendants"), by and through their attorneys, Julia Pearce Argentieri and Jeffrey L. Rudd of Jackson Lewis P.C., submit this Motion to Withdraw the Appearance of Derek S. Franklin. In support of this motion, Defendants state as follows:

1. Derek S. Franklin is one of the attorneys serving as counsel for Defendants in this case.

2. August 16, 2023 will be Mr. Franklin's last day of employment with Jackson Lewis P.C. As such, he will no longer be representing Defendants.

2. Attorneys Julia P. Argentieri and Jeffrey L. Rudd have appearances on file, have been actively involved in this litigation, and will continue representing Defendants in this matter.

4. Therefore, Defendants request that Derek S. Franklin's appearance be withdrawn.

WHEREFORE, Defendants request that this Court grant their Motion to withdraw the appearance of Derek S. Franklin.

Dated: August 16, 2023             Respectfully submitted,

                                             **HERCULES FORWARDING, INC.
and MELANIE BURNHAM**

                        By:  /s/ *Julia Pearce Argentieri*
                                             One of Its Attorneys

Julia Pearce Argentieri
Jeffrey L. Rudd
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
Julia.Argentieri@jacksonlewis.com
Jeffrey.Rudd@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on August 16, 2023, she caused a true and correct copy of the foregoing ***Defendants' Motion to Withdraw the Appearance of Derek S. Franklin*** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ <em>Julia Pearce Argentieri</em>