# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elizabeth Pempek

                    Plaintiff,

v.                                         Case No.: 1:22−cv−04760
                                                        Honorable Franklin U. Valderrama

Hercules Forwarding, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 21, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, Defendants' Motion to Withdraw the Appearance of Derek S. Franklin [39] is granted. The clerk is directed to terminate the attorney Derek S. Franklin as counsel for Defendants Hercules Forwarding, Inc. and Melanie Burnham. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.