IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ELIZABETH PEMPEK, on behalf of herself and all other persons similarly situated, known and unknown, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERCULES FORWARDING, INC. and MELANIE BURNHAM, individually. )<br>)<br>)<br>)<br>Defendants. ) | Case No. 1:22-cv-04760 |

## ORDER

This cause coming to be heard on the Parties' Joint Motion for Approval of Settlement and dismissal of the Complaint, (Dkt. No. 40), it is hereby ordered:

The Court has reviewed the Parties' settlement agreements and determined that the proposed settlements are fair and reasonable resolutions of bona fide disputes under the FLSA and IMWL.

It is further ordered that the Parties Joint Motion for Approval of Settlement is granted and the case is dismissed pursuant to settlement, with each party to bear its own fees and costs, except as otherwise set forth in the terms of the settlement. The case is dismissed without prejudice and with full leave to reinstate via motion filed by 10/9/2023. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Civil case terminated.

Dated: 09/08/2023

*Franklin Vald*

Honorable Franklin U. Valderrama